598

No. 353. Sweet, Trustee, v. United States. November 4, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, George H. Foster,* and *W. Marvin Smith* for the United States.

No. 420. United States v. Kohler Co. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Hughes,* and *Messrs. Howard T. Jones* and *George H. Foster* for the United States. No appearance for respondent.

No. 421. Berg et al. v. Lucas, Commissioner of Internal Revenue. November 4, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Robert Bibb Hardison* for petitioners. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Sewall Key, Harvey R. Gamble,* and *W. Marvin Smith* for respondent.

No. 422. Oneal v. San Jose Canning Co. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Clarence A. Linn* for petitioner. *Mr. R. M. J. Armstrong* for respondent.

No. 427. Tingley v. United States. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Warren K. Snyder* for petitioner. *Solicitor General Hughes, Assist-*